# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APERTURE MEDIA PARTNERS LLC, | Case No. CV 21-4801 FMO (AFMx) |
| Petitioner, | |
| v. | **AMENDED JUDGMENT** |
| BURMESTER DUNCKER & JOLY GMBH & CO. KG, et al., | |
| Respondents. | |

Pursuant to 9 U.S.C. § 13, the Court's Order Re: Petition to Confirm Arbitration Award [1], Answer and Cross-Petition to Vacate Arbitration Award [13], and Motion to Vacate Arbitration Award [32], (Dkt. 41), and the Court's Order Re: Motion to Correct the Judgment [43], (Dkt. 46), IT IS ADJUDGED that judgment is entered in favor of petitioner Aperture Media Partners LLC against respondents Burmester, Duncker & Joly GmbH & Co. KG; AXA Versicherung AG, Hamburg; ERGO Versicherung AG; Kravaglogistic Versicherungs-AG; Basler Versicherung AG; MSIG Insurance Europe; Bayerischer Versicherungsverband Versicherungsaktiengesellschaft; and SV Sparkassen-Versicherung Gebäudeversicherung AG.  The arbitration award in Independent Film and Television Alliance Case No. 20-08 is hereby **confirmed**.  The parties shall bear their own fees and costs.

Dated this 31 day of October, 2022.

/s/
Fernando M. Olguin
United States District Judge